AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Kenneth Jenkins, in his representative capacity as trustee of the Survivor's Trust under the Hinsvark Family Trust dated November 7, 1994, and as trustee of the Marital Trust under the Hinsvark Family Trust dated November 7, 1994

*Plaintiff*

v.

Alan O'Kain

*Defendant*

Civil Action No. 8:20-cv-01640-DOC-DFMx

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Kenneth Jenkins, in his representative capacity as trustee of the Survivor's Trust under the Hinsvark Family Trust dated November 7, 1994, and as trustee of the Marital Trust under the Hinsvark Family Trust dated November 7, 1994 recover from the defendant *(name)* Alan O'Kain the amount of one hundred thousand nine hundred twenty-three and 0.67 dollars ($ 100,923.67 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 0.09 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David O. Carter on a motion for **attorneys' fees and costs.**

Date: November 8, 2021

*CLERK OF COURT*

*(signature)* Karlen Dubon

*Signature of Clerk or Deputy Clerk*